

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

October 11, 2023

2023-1995 - Vivint, Inc. v. ADT LLC

## NOTICE OF NON-COMPLIANCE

The document (Opening Brief) submitted by Vivint, Inc. is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The form is incomplete. There is no response to the following sections: 4, 5, & 6. All items must provide an answer or include "none" or "N/A" where appropriate. Current versions of all forms are available on the court's website at [Forms.](#) Fed. Cir. R. 47.4(a) (Form 9).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the

appeal pursuant to Fed. R. App. P. 31(c).

        FOR THE COURT

        <u>/s/ Jarrett B. Perlow</u>
        Jarrett B. Perlow
        Clerk of Court
        By: M. Ames, Deputy Clerk